◆PS 8
(8/88)

# United States District Court

for

## SOUTHERN DISTRICT OF CALIFORNIA

*FILED*

2007 MAR -9 AM 9: 59

CLERK US DISTRICT COURT
SOUTHERN DISTRICT CALIFORNIA

U. S. A. vs. PEREZ, MICHELLE LYNETTE

Docket No. 06CR2724BTM-002

BY_____DEPUTY

### Petition for Modification on Conditions of Pretrial Release

Comes now Boris Ilic Pretrial Services Officer presenting an official report upon the conduct of defendant PEREZ, MICHELLE LYNETTE who was placed under pretrial release supervision by the Honorable Jan M. Adler sitting in the court at San Diego, on the 1st day of December, 2006, under the following conditions:

Travel restricted to the Southern District of California with no travel to Mexico, report for supervision to Pretrial Services, not to possess or use any narcotic drug or other controlled substance, not to possess any firearm, and dangerous weapon or destructive device during the pendency of the case.

On December 7, 2006, the defendant was ordered to participate in the Global Positioning System (passive GPS) monitoring program.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. The defendant admitted to using methamphetamine approximately three months ago (the day of the offense).
2. There is concern the defendant's current living situation may escalate into domestic violence.
3. The defendant has threatened to commit suicide in order to gain attention.
4. The defendant, defense attorney Michael McCabe and Assistant U.S. Attorney Aaron Clark all note no objection to modifying the conditions of release to include residing at a sober living home, drug testing, and mental health counseling.

**PRAYING THAT THE COURT WILL ORDER THE DEFENDANT TO RESIDE IN A SOBER LIVING HOME OR OTHER FACILITY AS DIRECTED BY PRETRIAL SERVICES, SUBMIT TO TREATMENT, PARTICIPATE IN PSYCHIATRIC/PSYCHOLOGICAL COUNSELING AS DIRECTED BY PRETRIAL SERVICES, AND/OR TESTING, AS SPECIFIED BY THE PRETRIAL SERVICES OFFICER FOR DRUG ABUSE.**

ORDER OF COURT

Considered and ordered this _____6th_____ day of March, 2007 and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge Barry Ted Moskowitz

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _3/5/07_

Respectfully, _Boris Ilic_

Boris Ilic, U.S. Pretrial Services Officer

Place ___San Diego, California___

Date ___March 5, 2007___