PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA


FILED
07 MAR 20 PM 3:08

DEPUTY

U. S. A. vs. PEREZ, MICHELLE LYNETTE                              Docket No. 06CR2724BTM-002

### Petition for Modification on Conditions of Pretrial Release

Comes now Boris Ilic Pretrial Services Officer presenting an official report upon the conduct of defendant PEREZ, MICHELLE LYNETTE who was placed under pretrial release supervision by the Honorable Jan M. Adler sitting in the court at San Diego, on the 1st day of December, 2006, under the following conditions:

Travel restricted to the Southern District of California with no travel to Mexico, report for supervision to Pretrial Services, not to possess or use any narcotic drug or other controlled substance, not to possess any firearm, and dangerous weapon or destructive device during the pendency of the case.

On December 7, 2006, the defendant was ordered to participate in the Global Positioning System (passive GPS) monitoring program.

On March 6, 2007, the defendant was ordered to submit to drug testing, participate in psychiatric/psychological counseling as directed, and reside in a sober living home or other facility as directed by Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. Due to the defendant's current living situation, the Passive GPS equipment is unable to function properly.

**PRAYING THAT THE COURT WILL ORDER THE DEFENDANT PARTICIPATE IN THE ACTIVE GPS MONITORING PROGRAM.**

ORDER OF COURT

Considered and ordered this 20th day of March, 2007 and ordered filed and made a part of the records in the above case.

U.S. Magistrate Judge Jan M. Adler

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3/20/07

Respectfully,

Boris Ilic, U.S. Pretrial Services Officer

Place   San Diego, California

Date    March 20, 2007