UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Barry T. Moskowitz)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 06cr2724-BTM |
| Plaintiff, | |
| vs. | |
| MICHELLE LYNETTE PEREZ (2), | **ORDER AUTHORIZING PAYMENT OF EXTRAORDINARY EXPENSES** |
| Defendant. | |

Good cause appearing therefor;

IT IS HEREBY ORDERED that authorization is hereby granted for defendant Perez to incur extraordinary expenses in the above-entitled case in an amount not to exceed $1,000.00 for payment to Sam Baroudi, M.D., 910 Sycamore Avenue, No. 270, Vista, CA 92083. Dr. Baroudi is to be paid at the rate of $250.00 per hour for his services in preparing a report to be submitted to this Court regarding the current medical condition of defendant Perez, and the medical care which she requires to adequately treat that condition. The report is to be submitted to this Court not later than Thursday, April 12, 2007.

DATED: April 11, 2007

*Barry Ted Moskowitz*

Hon. Barry Ted Moskowitz
United States District Judge