PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 APR 13 PM 12: 25
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

U. S. A. vs. PEREZ, MICHELLE LYNETTE                                    Docket No. 06CR2724BTM-002

### Petition for Modification on Conditions of Pretrial Release

Comes now Boris Ilic Pretrial Services Officer presenting an official report upon the conduct of defendant MICHELLE LYNETTE PEREZ who was placed under pretrial release supervision by the Honorable Jan M. Adler sitting in the court at San Diego, on the 1st day of December, 2006, under the following conditions:

Travel restricted to the Southern District of California with no travel to Mexico, report for supervision to Pretrial Services, not to possess or use any narcotic drug or other controlled substance, not to possess any firearm, and dangerous weapon or destructive device during the pendency of the case.

On December 7, 2006, the defendant was ordered to participate in the Global Positioning System (passive GPS) monitoring program.
On March 6, 2007, the defendant was ordered to reside in a sober living home or other designated facility as directed by Pretrial Services, participate in psychiatric/psychological counseling as directed by Pretrial Services, and submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug abuse
On March 20, 2007, the defendant was ordered to participate in the Global Positioning System (active GPS) monitoring program.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Conditions violated**: Not to possess or use any narcotic drug or other controlled substance.

**Grounds for violation:**
1. The undersigned received laboratory notifications which indicate the defendant submitted a urine specimen on April 6, 2007, which tested positive for marijuana. Additionally, the defendant admitted to using the illegal substance while on bond.

**PRAYING THAT THE COURT WILL ORDER THE DEFENDANT TO APPEAR FOR AN ORDER TO SHOW CAUSE HEARING AT THE TIME OF THE STATUS HEARING SET ON APRIL 13, 2007, AT 8:30 A.M. SO SHE MAY SHOW CAUSE WHY HER BOND SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this 12th day of April, 2007 and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge Barry Ted Moskowitz

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/11/07

Respectfully, Boris Ilic

_____
Boris Ilic, U.S. Pretrial Services Officer

Place   San Diego, California

Date    April 11, 2007