PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 MAY 14 PM 2:19
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                    DEPUTY

U. S. A. vs. PEREZ, MICHELLE LYNETTE  
Reg #: 00830-298

Docket No. 06CR2724BTM-002

### Amended Petition for Action on Conditions of Pretrial Release

Comes now Boris Ilic Pretrial Services Officer presenting an official report upon the conduct of defendant MICHELLE LYNETTE PEREZ who was placed under pretrial release supervision by the Honorable Barry Ted Moskowtiz sitting in the court at San Diego, on the 19th day of April, 2007, under the following conditions:

Travel restricted to the Southern District of California with no travel to Mexico, report for supervision to Pretrial Services, not to possess or use any narcotic drug or other controlled substance, not to possess any firearm, and dangerous weapon or destructive device during the pendency of the case, reside at half-way house, submit to drug testing for drugs/alcohol, and abstain from abuse of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. **Condition violated:** Reside in a half-way house.

**Grounds for violation:**
On May 11, 2007, the undersigned received a call at 10:43 p.m. from the staff member at Correctional Alternatives Inc., Sergio Maldonado, indicating the defendant was discharged from Sharp Memorial Hospital at 7:50 p.m. and failed to return to their facility afterwards. Additionally, her current whereabouts remain unknown.

2. **Conditions violated**: Abide by the rules and policies at the half-way house.

**Grounds for violation:**
On May 11, 2007, the undersigned received a call at 1:00 p.m. from the case manager at Correctional Alternatives Inc., Monica Williams, indicating their staff had just confiscated drug paraphernalia from the defendant's belongings, specifically a glass pipe used for illicit drug use. Ms. Williams indicated the defendant would be terminated from the facility in light of the non-compliance, however, she was willing to allow the defendant to remain at their facility until further notice from Pretrial Services.

**PRAYING THAT THE COURT WILL ISSUE A NO BAIL BENCH WARRANT FOR THE DEFENDANT'S ARREST SO SHE MAY BE BROUGHT BEFORE THE COURT AND ORDERED TO SHOW CAUSE WHY HER BOND SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this 14th day of May, 2007 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge Barry Ted Moskowitz

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 5/14/07

Respectfully, _Boris Ilic_

Boris Ilic, U.S. Pretrial Services Officer

Place   San Diego, California

Date   May 14, 2007